

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH AVERY, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.   06-1326-SRD-KWR** |
| | * | |
| **AMAX METALS RECOVERY, INC.** | * | **SECTION K** |
| (individually and f/k/a AMAX NICKEL, INC. | * | |
| and f/k/a AMAX NICKEL REFINING COMPANY, INC.) | * | **MAGISTRATE 4** |

### ORDER

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiff's Unopposed Motion to Remand be, and the same is hereby,

GRANTED.

Signed this 17th day of April, 2006.

STANWOOD R. DUVAL, JR.
Honorable Judge Presiding – U.S. DISTRICT COURT

Order